IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VICTOR RODRIGUEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED: AUG 05, 2008 |
| -vs- | ) Case No. | 08CV4409 |
| | ) | JUDGE NORGLE |
| **PRIORITY TRANSPORTATION, LLC.,** | ) Judge: | MAGISTRATE JUDGE COX |
| and **RASIM MEMISEVIC,** | ) | |
| | ) Magistrate: | RCC |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to *Title 28 U.S.C. §1441, et seq.,* and *28 U.S.C. §1332,* Defendants, **RASIM MEMISEVIC** and **PRIORITY TRANSPORTATION, LLC,** by and through one of their attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., hereby gives notice of the removal of the above captioned action from the Circuit Court of Cook County, Cause No. 2008 L 7015, to the United States District Court, Northern District of Illinois, Eastern Division, and in support thereof, states the following:

1. On or about June 26, 2008, Plaintiff, Victor Rodriguez, initiated the above captioned lawsuit by the filing of a Complaint entitled Victor Rodriguez v. Priority Transportation, LLC and Rasim Memisevic, docket No. 2008 L 7015 in the Circuit Court of Cook County, Illinois. A copy of the initial Complaint at Law is attached hereto, labeled Exhibit "A", and incorporated herein by reference.

2. On or about June 26, 2008, Plaintiff caused Summons to be issued to the Defendants. A copy of said Summons is attached hereto, labeled Exhibit "B", and incorporated herein by reference.

3. Service was obtained on Priority Transportation LLC on or about July 8, 2008 and subsequent to that date on Rasim Memisevic.

4. The United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over the above described action pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 for the following reasons:

(a) Plaintiff, Victor Rodriguez, at the time the lawsuit was commenced and at all relevant times, has been a resident and citizen of the State of Illinois;

(b) The Defendant, Priority Transportation LLC is a limited liability company with one member, Priority America, Inc., which is a Florida corporation with its principal place of business in Florida; therefore, for diversity of citizenship purposes, it is a citizen of the State of Florida. Rasim Memisevic is a resident and citizen of Michigan;

(c) According to the allegations contained in the Complaint filed by the Plaintiff herein, the amount of damages sought in this action is in excess of the jurisdictional limitation of the Circuit Court of Cook County, Illinois, which is an amount in excess of $50,000.00. See also the affidavit filed by Plaintiff's counsel pursuant to Illinois Supreme Court Rule 222(b), which is attached to and incorporated into the Complaint. Moreover, Plaintiff claims to have sustained a permanent back injury which will require surgery to repair. Plaintiff's counsel has advised that his client has not returned to work since the date of the occurrence. Plaintiff seeks recovery for medical bills, lost earnings and claims to have suffered severe and permanent injuries. Lastly, Plaintiff's counsel has advised that he intends to seek damages in excess of $75,000.00 in this action;

(d) Based upon the foregoing, it is Defendants' good faith belief that while liability and damages issues will be contested, the amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs;

(e) This Notice of Removal is being filed with the Clerk of the United States District Court for the Northern District, Eastern Division, within thirty (30) days of service of the Summons and Complaint on the Defendants;

(f) This action, based upon diversity of citizenship and the amount in controversy is, therefore, properly removable, pursuant to *28 U.S.C. §1441(a)*.

     5     Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

**WHEREFORE,** Defendants, **PRIORITY TRANSPORTATION, LLC** and **RASIM MEMISEVIC,** respectfully request that this case proceed before this Court as an action properly removed.

                              Respectfully submitted,

                              JOHNSON & BELL, LTD.,

                              By:   /s/Robert M. Burke
                                    Robert M. Burke, One of the Attorneys for Priority Transportation, LLC and Rasim Memisevic

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | | |
| | ) SS. | | FIRM ID: 44098 |
| COUNTY OF COOK | ) | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| VICTOR RODRIGUEZ, | ) | 2008L007015 |
| | ) | CALENDAR/ROOM E |
| Plaintiff, | ) | TIME 00:00 |
| | ) | PI Motor Vehicle |
| v. | ) No.: | |
| | ) | |
| PRIORITY TRANSPORTATION, LLC and | ) | |
| RASIM MEMISEVIC, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## COMPLAINT AT LAW

NOW COMES Plaintiff, VICTOR RODRIGUEZ, by and through his attorneys, MARINO & SIMONETTI, and complaining of Defendants, PRIORITY TRANSPORTATION, LLC and RASIM MEMISEVIC, states as follows:

1. That on March 21, 2007, and prior thereto, 1325 Central Avenue, University Park, Illinois was a premises dedicated to unloading and loading trailers and was owned and operated by Vitran Logistics, Inc.

2. That on March 21, 2007, Plaintiff, VICTOR RODRIGUEZ, was employed and working at Vitran Logistics, Inc., 1325 Central Avenue, University Park, Illinois unloading trucks.

3. That at said time and place, the Defendant, PRIORITY TRANSPORTATION, LLC, by and through its agent, employee and servant, RASIM MEMISEVIC, and the Defendant,

1



RASIM MEMISEVIC, individually, made a delivery by truck to the Vitran Logistics, Inc. facility located at 1325 Central Avenue, University Park, Illinois.

4. At all times mentioned herein, Defendant RASIM MEMISEVIC, was an employee, agent, and servant of PRIORITY TRANSPORTATION, LLC.

5. That on March 21, 2007 Plaintiff, VICTOR RODRIGUEZ, in furtherance of his job duties, operated a forklift to unload the contents of the trailer attached to Defendant's truck while it was parked in a loading dock of Vitran Logistics, Inc.

6. While Plaintiff was still on the forklift within the trailer performing his tasks, Defendant, PRIORITY TRANSPORTATION, LLC, by and through its employee, agent and servant, RASIM MEMISEVIC, and RASIM MEMISEVIC, individually, without warning, pulled the truck and trailer out of the loading dock area at a high rate of speed.

7. That at said time and place Defendant, PRIORITY TRANSPORTATION, LLC, by its employee, agent, and servant, RASIM MEMISEVIC, and the Defendant, RASIM MEMISEVIC, individually, were then and there guilty of one or more of the following negligent and/or careless acts or omissions:

   a. Operated the truck with reckless disregard for the safety of others, including the Plaintiff, contrary to and in violation of 625 ILCS 5/11-503;

   b. Failed to exercise due care in the operation of the truck, contrary to and in violation of 625 ILCS 5/11-1003.1;

   c. Drove and operated the truck at a high, dangerous, and excessive rate of speed, and at a speed that endangered the life of other persons on or near the truck, including the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601;

   d. Failed to keep a proper and sufficient lookout while operating the truck;

2

  e. Failed to warn the workers unloading the trailer, including Plaintiff, that the truck and trailer were going to be pulled out of the dock area;

  f. Failed to determine whether the workers who were unloading the trailer, including the Plaintiff, were still performing work within the trailer.

 9. As a direct and proximate result of one or more of the aforesaid negligent acts of the Defendant, PRIORITY TRANSPORTATION, LLC, by its employee, agent, and servant, the Defendant, RASIM MEMISEVIC, and the Defendant, RASIM MEMISEVIC, individually, the Plaintiff, VICTOR RODRIGUEZ, along with the forklift he was operating, was caused to fall from the trailer and violently strike his body upon the ground.

 10. That as a direct and proximate result of one or more of the aforesaid negligent acts of the Defendant, PRIORITY TRANSPORTATION, LLC, by and through its employee, agent, and servant RASIM MEMISEVIC, and the Defendant, RASIM MEMISEVIC, individually, the Plaintiff, VICTOR RODRIGUEZ, sustained severe and permanent injuries both internally and externally to his body and limbs and, in particular a bulging disc in his lower back that will require surgery to repair; as a result of his said injuries, he has suffered and with reasonable certainty will continue to suffer great pain; he has been hindered from attending to his affairs and duties and has been and will be deprived of large earnings and profits which he might otherwise have made; and he has been and will be compelled to spend or become liable for large sums of money for the care and treatment of his said injuries.

 WHEREFORE, Plaintiff, VICTOR RODRIGUEZ, demands judgment against Defendants, PRIORITY TRANSPORTATION, LLC and RASIM MEMISEVIC, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.000).

VICTOR RODRIGUEZ, Plaintiff

By: _____
Frank C. Marino
One of Plaintiff's Attorneys

MARINO & SIMONETTI
134 N. LaSalle Street
Suite 1450
Chicago, Illinois 60602
(312) 920-9302
Firm ID: 44098

4

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | FIRM ID: 44098 |
| COUNTY OF COOK | ) | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| VICTOR RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: |
| | ) | |
| PRIORITY TRANSPORTATION, LLC and | ) | |
| RASIM MEMISEVIC, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## JURY DEMAND

Plaintiff, VICTOR RODRIGUEZ, demands a trial by jury.

                              VICTOR RODRIGUEZ, Plaintiff,

By: _____
      Frank C. Marino
      One of Plaintiff's Attorneys

MARINO & SIMONETTI
134 N. LaSalle St.
Suite 1450
Chicago, Illinois 60602
(312) 920-9302
Firm ID: 44098

5

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | FIRM ID: 44098 |
| COUNTY OF COOK | ) | |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| VICTOR RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: |
| | ) | |
| PRIORITY TRANSPORTATION, LLC and | ) | |
| RASIM MEMISEVIC, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

### SUPREME COURT RULE 222 AFFIDAVIT

The undersigned, FRANK C. MARINO, having been duly sworn on oath, deposes and states that as of this date the total money damages sought in the above-captioned matter exceeds FIFTY THOUSAND DOLLARS ($50,000.00).

VICTOR RODRIGUEZ, Plaintiff,

By: _____
Frank C. Marino
One of Plaintiff's Attorneys

SUBSCRIBED AND SWORN to before me
this 26th day of June, 2008.

_____
NOTARY PUBLIC


"OFFICIAL SEAL"
TASIA ZOTALIS
COMMISSION EXPIRES 07/14/09

6

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-10M-1-07-05 (         )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law DIVISION

(Name all parties)

Victor Rodriguez

v.

Priority Transportation, LLC and Rasim Memisevic

2008L007015
CALENDAR/ROOM E
TIME 00:00
PI Motor Vehicle

No. _____

Sheriff Please See Reverse Side For Service List

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

JUN 2 6 2008

WITNESS, _____

Atty. No.: 44098
Name: Marino & Simonetti
Atty. for: Plaintiff
Address: 134 N. LaSalle St. 1450
City/State/Zip: Chicago, Il 60602
Telephone: 312-920-9302

Clerk of Court

Date of service: _____,_____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)  (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS


DEFENDANT'S EXHIBIT B

**SHERIFF OF SANGAMON COUNTY PLEASE SERVE:**

Illinois Corporation Service, Agent
PRIORITY TRANSPORTATION, LLC
801 Adlai Stevenson Drive
Springfield, Illinois 62703


**SHERIFF OF WAYNE COUNTY PLEASE SERVE:**

Rasim Memisevic
2310 Botsford Street
Hamtramick, Michigan 48212

08CV4409
JUDGE NORGLE
MAGISTRATE JUDGE COX
RCC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VICTOR RODRIGUEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. |
| ) | |
| **PRIORITY TRANSPORTATION, LLC.,** ) | Judge: |
| and **RASIM MEMISEVIC,** ) | |
| ) | Magistrate: |
| Defendant. ) | |

## JURY DEMAND

Defendants, **PRIORITY TRANSPORTATION, LLC.** and **RASIM MEMISEVIC,** hereby demand a trial by jury.

DATED:  August 5, 2008.

           JOHNSON & BELL, LTD.


By:  /s/Robert M. Burke
      Robert M. Burke, attorney for Defendants
      Priority Transportation, LLC and Rasim
      Memisevic

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendants
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312)  372-0770
Firm I.D. No.:  06347