**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

VICTOR RODRIGUEZ

-vs-

PRIORITY TRANSPORTATION, LLC and RASIM MEMISEVIC

Case Number:
FILED: AUG 05, 2008
08CV4409
JUDGE NORGLE
MAGISTRATE JUDGE COX
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRIORITY TRANSPORTATION, LLC and RASIM MEMISEVIC,

| | |
|---|---|
| NAME (Type or print) Paul Gamboa | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul Gamboa | |
| FIRM Johnson & Bell, Ltd. | |
| STREET ADDRESS 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6282923 | TELEPHONE NUMBER (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |