**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>VICTOR RODRIGUEZ<br>-vs-<br>PRIORITY TRANSPORTATION, LLC and<br>RASIM MEMISEVIC | Case Number:<br>FILED: AUG 05, 2008<br>08CV4409<br>JUDGE NORGLE<br>MAGISTRATE JUDGE COX<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRIORITY TRANSPORTATION, LLC and RASIM MEMISEVIC,

| |
|---|
| NAME (Type or print)<br>Jennifer Tomsak Rose |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jennifer Tomsak Rose |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271486 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐