IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VICTOR RODRIGUEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED: AUG 05, 2008 |
| -vs- | ) Case No. | 08CV4409 |
| | ) | JUDGE NORGLE |
| **PRIORITY TRANSPORTATION, LLC.,** | ) Judge: | MAGISTRATE JUDGE COX |
| and **RASIM MEMISEVIC,** | ) | |
| | ) Magistrate: | RCC |
| Defendant. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:   Frank C. Marino
      Marino & Simonetti
      134 North LaSalle Street, Suite 1450
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed with the United States District Court for the Northern District of Illinois, Eastern Division, as Case No. _____ on August 5, 2008. A copy of the Notice of Removal has also been filed with the Clerk of the Circuit Court of Cook County, Law Division on August 5, 2008. A copy of the Notice of Removal is attached hereto.

                                        Respectfully submitted,

                                        JOHNSON & BELL, LTD.,

                                        By:   /s/Robert M. Burke
                                                 Robert M. Burke, One of the
                                                 Attorneys for Priority
                                                 Transportation, LLC and Rasim
                                                 Memisevic

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

The undersigned, a non-attorney, certifies that she served a copy of the above and foregoing NOTICE OF FILING NOTICE OF REMOVAL to all attorneys of record, by depositing a copy of same in the United States Mail, first class postage prepaid, this 5th day of August, 2008.

/s/Lisa A. Morrison
I certify that the statements set forth herein are true and correct.

JOHNSON & BELLL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770