IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VICTOR RODRIGUEZ,** )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>**PRIORITY TRANSPORTATION, LLC.,** )<br>and **RASIM MEMISEVIC,** )<br>)<br>Defendant. ) | Case No. 08 C 4409<br><br>Judge: Judge Charles R. Norgle<br><br>Magistrate: Susan E. Cox |

### ANSWER TO COMPLAINT AT LAW

**NOW COME** Defendants, **RASIM MEMISEVIC** and **PRIORITY TRANSPORTATION, LLC,** by and through one of their attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., and for its Answer to Plaintiff's Complaint at Law, states the following:

1. That on March 21, 2007, and prior thereto, 1325 Central Avenue, University Park, Illinois was a premises dedicated to unloading and loading trailers and was owned and operated by Vitran Logistics, Inc.

**Answer**: Priority Transportation, LLC and Rasim Memisevic admit that at the time and place alleged, certain trailers were being loaded and unloaded at the warehouse located thereat. Based upon information and belief, the subject premises were then operated by Vitran Logistics, Inc. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation regarding ownership of the premises.

2. That on March 21, 2007, Plaintiff, Victor Rodriguez, was employed and working at Vitran Logistics, Inc., 1325 Central Avenue, University Park, Illinois unloading trucks.

**Answer**:   Based upon information and belief, Priority Transportation, LLC and Rasim Memisevic admit the allegation contained in paragraph 2 of Plaintiff's Complaint at Law.

3.   That at said time and place, the Defendant, Priority Transportation, LLC, by and through its agent, employee and servant, Rasim Memisevic, and the Defendant, Rasim Memisevic, individually, made a delivery by truck to the Vitran Logistics, inc., facility located at 1325 Central Avenue, University Park, Illinois.

**Answer**:   Priority Transportation, LLC and Rasim Memisevic admit the allegations contained in paragraph 3 of Plaintiff's Complaint at Law.

4.   At all times mentioned herein, Defendant, Rasim Memisevic, was an employee, agent, and servant of Priority Transportation, LLC.

**Answer**:   Priority Transportation, LLC and Rasim Memisevic admit that Mr. Memisevic was a statutory employee of Priority Transportation, LLC at the time and place alleged but deny the remaining allegations contained in paragraph 4 of Plaintiff's Complaint at Law.

5.   That on March 21, 2007 Plaintiff, Victor Rodriguez, in furtherance of his job duties, operated a forklift to unload the contents of the trailer attached to Defendant's truck while it was parked in a loading dock of Vitran Logistics, Inc.

**Answer**:   Priority Transportation, LLC and Rasim Memisevic admit that at the time and place alleged, Plaintiff was employed and was operating a forklift to unload the contents of the trailer attached to the tractor then and there operated by Rasim Memisevic but deny the remaining allegations contained in paragraph 5 of Plaintiff's Complaint at Law.

6.   While Plaintiff was still on the forklift within the trailer performing his tasks, Defendant, Priority Transportation, LLC, by and through its employee, agent and servant, Rasim Memisevic, and Rasim Memisevic, individually, without warning, pulled the truck and trailer out of the loading dock area at a high rate of speed.

**Answer**:   Priority Transportation, LLC and Rasim Memisevic deny the allegations contained in paragraph 6 of Plaintiff's Complaint at Law.

7.   That at said time and place, Defendant, Priority Transportation, LLC, by its employee, agent, and servant, Rasim Memisevic, and the Defendant Rasim Memisevic, individually, were then and there guilty of one or more of the following negligent and/or careless acts or omissions:

    a.   Operated the truck with reckless disregard for the safety of others, including the Plaintiff, contrary to and in violation of 625 ILCS 5/11-503;

    b.   Failed to exercise due care in the operation of the truck, contrary to and in violation of 625 ILCS 5/11-1003.1;

    c.   Drove and operated the truck at a high, dangerous, and excessive rate of speed, and at a speed that endangered the life of other persons on or near the truck, including the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601;

    d.   Failed to keep a proper and sufficient lookout while operating the truck;

    e.   Failed to warn the workers unloading the trailer, including Plaintiff, that the truck and trailer were going to be pulled out of the dock area;

    f.   Failed to determine whether the workers who were unloading the trailer, including the Plaintiff, were still performing work within the trailer.

**Answer**:   Priority Transportation, LLC and Rasim Memisevic deny each and every allegation contained in paragraph 7 of Plaintiff's Complaint at

Law, including each and every allegation contained in subparagraphs (a) through (f), inclusive.

9. As a direct and proximate result of one or more of the aforesaid negligent acts of the Defendant, Priority Transportation, LLC, by its employee, agent, and servant, the Defendant Rasim Memisevic, and the Defendant, Rasim Memisevic, individually, the Plaintiff, Victor Rodriguez, along with the forklift he was operating, was caused to fall from the trailer and violently strike his body upon the ground.

**Answer**: Priority Transportation, LLC and Rasim Memisevic deny the allegations contained in paragraph 9 of Plaintiff's Complaint at Law.

10. That as a direct and proximate result of one or more of the aforesaid negligent acts of the Defendant, Priority Transportation, LLC, by and through its employee, agent, and servant Rasim Memisevic, and the Defendant Rasim Memisevic, individually, the Plaintiff, Victor Rodriguez, sustained severe and permanent injuries both internally and externally to his body and limbs, and in particular a bulging disc in his lower back that will require surgery to repair; as a result of his said injuries, he has suffered and with reasonable certainty will continue to suffer great pain; he has been hindered from attending to his affairs and duties and has been and will be deprived of large earnings and profits which he might otherwise have made; and he has been and will be compelled to spend or become liable for large sums of money for the care and treatment of his said injuries.

**Answer**: Priority Transportation, LLC and Rasim Memisevic deny the allegations contained in paragraph 10 of Plaintiff's Complaint at Law.

**WHEREFORE**, Defendants, **RASIM MEMISEVIC** and **PRIORITY TRANSPORTATION, LLC,** deny that Plaintiff is entitled to judgment in the amount sought or any sum whatsoever, and further pray that judgment and costs be entered in favor of Defendant and against the Plaintiff.

<strong><u>AFFIRMATIVE DEFENSES</u></strong>

**NOW COME** Defendants, **RASIM MEMISEVIC** and **PRIORITY TRANSPORTATION, LLC,** by and through one of their attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., and for their first affirmative defense to Plaintiff's cause of action, plead in the alternative and in addition to the denials contained in their Answer, state that the Plaintiff, Victor Rodriguez, was careless and negligent in one or more or all of the following respects, which proximately caused the injuries and damages of which he complains:

    a.    Carelessly and negligently failed to keep a proper lookout;

    b.    Carelessly and negligently failed to make sure that the wheels of the tractor trailer then and there operated by Rasim Memisevic were properly chocked or otherwise unable to be moved before attempting to drive onto the back of the trailer of said tractor trailer combination;

    c.    Carelessly and negligently attempted to enter the back of the tractor trailer of the Memisevic vehicle while it was still running;

    d.    Carelessly and negligently attempted to drive into the back of the tractor of the tractor trailer operated by Rasim Memisevic while it was moving;

    e.    Carelessly and negligently failed to take any steps to ensure that the tractor trailer then and there operated by Rasim Memisevic was ready to be unloaded before attempting to drive into the back of the trailer;

    f.    Was otherwise careless and negligent.

**WHEREFORE**, Defendants, **RASIM MEMISEVIC** and **PRIORITY TRANSPORTATION, LLC,** pray for judgment and costs of suit in the event that Plaintiff, **VICTOR RODRIGUEZ**, is found to be more than fifty (50%) percent at fault for causing his own injuries and damages, or in the alternative, pray for a reduction of any damages awarded to the Plaintiff in proportion to the percentage of Plaintiff's own contributory fault.

              Respectfully submitted,

              JOHNSON & BELL, LTD.,

           By: /s/Robert M. Burke
              Robert M. Burke, One of the
              Attorneys for Priority
              Transportation, LLC and Rasim
              Memisevic

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347