IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VICTOR RODRIGUEZ,** | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 08 C 4409 |
| **PRIORITY TRANSPORTATION, LLC.,** and **RASIM MEMISEVIC,** | ) Judge: Judge Charles R. Norgle |
| | ) Magistrate: Susan E. Cox |
| Defendant. | ) |
| **PRIORITY TRANSPORTATION, LLC,** | ) |
| Third Party Plaintiff, | ) |
| -vs- | ) |
| **VITRAN LOGISTICS, INC.,** | ) |
| Third Party Defendant, | ) |

### THIRD PARTY COMPLAINT

**NOW COME** Defendants/Third Party Plaintiff, **PRIORITY TRANSPORTATION, LLC** and **RASIM MEMISEVIC,** by and through one of their attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., and for their Third Party Complaint against **VITRAN LOGISTICS, INC.**, state the following:

### JURISDICTION AND VENUE

1. At all relevant times, Plaintiff, Victor Rodriguez, is and has been a resident and citizen of the State of Illinois.

2. At all relevant times, Defendant/Third Party Plaintiffs, Priority Transportation, LLC and Rasim Memisevic are and have been citizens of the States of Florida and Michigan, respectively.

3.　　Pursuant to 28 U.S.C., §1441, *et. seq.*, and based upon the diversity of citizenship of the Plaintiff from all Defendants, this action was properly removed to Federal Court and remains pending in Federal Court.

4.　　Venue is proper in this judicial district in that the accident alleged herein occurred in University Park, Will County, Illinois. See 28 U.S.C. §1391(a) and 28 U.S.C. §93(a).

## ALLEGATIONS REGARDING CONTRIBUTION ACTION

5.　　Plaintiff, Victor Rodriguez, has filed a Complaint herein alleging that he was injured on or about March 21, 2007 while working for Vitran Logistics, Inc. in University Park, Illinois. Plaintiff alleges that he was injured when he was attempting to drive onto the rear of Defendants' trailer. Plaintiff further alleges that Defendants negligently operated their tractor trailer.

6.　　Defendants have filed their Answer and Affirmative Defense denying all of the allegations of negligence attributed to them and denying liability for Plaintiffs injuries and damages.

7.　　On and prior to the date of the occurrence, Victor Rodriguez was an employee of Third Party Defendant, Vitran Logistics, Inc.

8.　　As the employer of the Plaintiff, Third Party Defendant, Vitran Logistics, Inc., owed a duty to exercise reasonable care in the training, supervision, and provision of a safe workplace to its employees, servants and agents, including the Plaintiff.

9.　　While Defendants/Third Party Plaintiffs deny that they are liable for Plaintiff's injuries and damages, in the alternative and in addition to those denials, Defendants/Third Party Plaintiffs state that Third Party Defendant, Vitran Logistics, Inc., caused or contributed to cause Plaintiff's injuries and

damages by carelessly and negligently failing to implement proper workplace procedures, to properly train, to properly supervise, and to provide its employees with a safe workplace.

10.   As a direct and proximate result of one or more or all of the negligent acts and/or omissions of Third Party Defendant, Plaintiff allegedly sustained injuries and damages.

11.   Defendant/Third Party Plaintiffs deny any liability to the Plaintiff; however, if the Plaintiff proves that he is entitled to any recovery whatsoever, then Defendants/Third Party Plaintiffs assert that their liability is far less in degree than that of the Third Party Defendant.

12.   In the alternative to the denials contained in these Defendants' Answer, these Defendants/Third Party Plaintiffs assert that they are entitled to contribution from Third Party Defendant, Vitran Logistics, Inc., in an amount equal to that percentage of fault attributable to Third Party Defendant which proximately caused or contributed to cause the Plaintiff's injuries and damages, all in accordance with the Illinois Joint Tortfeasor Contribution Act.

**WHEREFORE**, Defendants/Third Party Plaintiffs, **PRIORITY TRANSPORTATION, LLC** and **RASIM MEMISEVIC**, pray that judgment be entered in their favor and against Third Party Defendant, **VITRAN LOGISTICS, INC.**, in an amount equal to the sum which would represent the relative degree to which the fault of Third Party Defendant proximately caused Plaintiff's injuries and damages plus costs of suit.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By: /s/Robert M. Burke
Robert M. Burke, One of the
Attorneys for Priority
Transportation, LLC and Rasim
Memisevic

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347