IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VICTOR RODRIGUEZ,** | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 08 C 4409 |
| **PRIORITY TRANSPORTATION, LLC.,** and **RASIM MEMISEVIC,** | ) Judge: Judge Charles R. Norgle |
| Defendant. | ) Magistrate: Susan E. Cox |
| **PRIORITY TRANSPORTATION, LLC,** | ) |
| Third Party Plaintiff, | ) |
| -vs- | ) |
| **VITRAN LOGISTICS, INC.,** | ) |
| Third Party Defendant, | ) |

**NOTICE OF FILING**

TO:   Frank C. Marino
      Marino & Simonetti
      134 North LaSalle Street
      Suite 1450
      Chicago, Illinois 60602

Please take notice that on the **13th** day of **August, 2008**, Defendants, **Rasim Memisevic** and **Priority Transportation, L.L.C.,** filed with the Clerk of the Circuit Court of Cook County, Illinois, its **Answer to Complaint at Law** and **Third Party Complaint,** copies of which are attached hereto and served upon you.

By:   /s/Robert M. Burke
      One of the Attorneys for the Defendants,
      Rasim Memisevic and Priority Transportation L.L.C.

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

**PROOF OF SERVICE**

The undersigned a non-attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on August 13, 2008, via First Class Mail and/or Electronic Case Filing.

/s/Lisa A. Morrison

[x]   Under penalties as provided by law pursuant to ILL. REV. STAT. CHAP. 110 '1-109, I certify that the statements set forth herein are true and correct.